An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDY A. MARTINEZ,
Appellant,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS; AND NEVADA
BOARD OF PAROLE
COMMISSIONERS,
Respondents.

No. 62613

FILED

APR 29 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion to extend the prison copy work limit. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]Appellant's failure to file his proper person appeal statement constitutes an independent basis for dismissing this appeal.

13-12507

cc:     Hon. Brent T. Adams, District Judge
        Freddy A. Martinez
        Attorney General/Carson City
        Washoe District Court Clerk